*Louis Allen Harris,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *Roy Campbell,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed, on authority of Sawyer v. State, 113 So. 736.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur.

JESSE H. LIVINGSTON, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Decision filed April 27, 1928.

*Scofield & Scofield, S. W. Getzen* and *John W. Gideons,* for Plaintiff in Error;

*Fred H. Davis,* Attorney General, and *H. E. Carter,* Assistant, for the State.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of

the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment. It is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

ELLIS, C. J., AND WHITFIELD, TERRELL, BROWN AND BUFORD, J. J., concur.

STRUM, J., dissents.

MABEL G. TOWNSEND AND LEO A. TOWNSEND, HER HUSBAND, *Appellants,* v. GULF VIEW PARK COMPANY, A CORPORATION, *Appellee.*

Division B.

Decision Filed April 27, 1928.

*Early & Arnest,* for Appellants;

*Sawyer, Surrency, Carter & Keen,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judg-